IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| V. | )  No. 1:25-mj-175 |
| | ) |
| JOHN PHILLIP CURRAN, | ) |
| | ) |
| Defendant. | ) |

CRIMINAL INFORMATION

Count I (Class A Misdemeanor)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about December 12, 2024, at Joint Base Myer-Henderson Hall, Virginia, within the special maritime and territorial jurisdiction of the United States in the Eastern District of Virginia, the defendant, JOHN PHILLIP CURRAN, did unlawfully drive or operate a motor vehicle in a careless or distracted manner such that the careless or distracted operation is the proximate cause of serious bodily injury to Victim 1, a pedestrian lawfully crossing within a marked crosswalk.

(In violation of Title 18, United States Code, Section 13, assimilating Virginia Code, Section 46.2-816.1, 18.2-11; 18.2-51.4 .)

Count II (Class C Misdemeanor)

THE UNITED STATES ATTORNEY FURTHER CHARGES THAT:

On or about December 12, 2024, at Joint Base Myer-Henderson Hall, Virginia, within the special maritime and territorial jurisdiction of the United States in the Eastern District of Virginia, the defendant, JOHN PHILLIP CURRAN, did, while operating a motor vehicle, unlawfully fail to yield the right of way to or stop for a pedestrian attempting to cross the highway.

(In violation of Title 18, United States Code, Section 13, assimilating Virginia Code, Section 46.2-924.)

Respectfully submitted,

Erik S. Siebert
United States Attorney

By: _____/s/_____
Kyle M. Richardson
Special Assistant United States Attorney
United States Attorney's Office
Eastern District of Virginia
2100 Jamieson Avenue
Alexandria, VA 22314
Email: matthew.k.richardson9.mil@army.mil

## CERTIFICATE OF SERVICE

I certify that on March 17, 2025, I filed the foregoing document with the Clerk of Court by using the CM/ECF system, which will cause a true and accurate copy of this document to be transmitted to counsel of record.

By: _____/s/_____
Kyle M. Richardson
Special Assistant United States Attorney
United States Attorney's Office
Eastern District of Virginia
2100 Jamieson Avenue
Alexandria, VA 22314
Email: matthew.k.richardson9.mil@army.mil